EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Carlos Manzano Velázquez | 2010 TSPR 51  178 DPR _____ |
|---|---|

Número del Caso: TS-3296


Fecha: 9 de abril de 2010


Abogado de la parte peticionaria:

Lcdo. Juan J. Turull Echevarría


Materia: Reinstalación al Ejercicio de la Notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                              TS-3296

Carlos Manzano Velázquez


                          RESOLUCION


San Juan, Puerto Rico, a 9 de abril de 2010.

     Evaluada la "Moción En Cumplimiento de Resolución" presentada por la parte peticionaria, se autoriza la reinstalación del señor Carlos Manzano Velázquez al ejercicio de la notaría.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                      Aida Ileana Oquendo Graulau
                      Secretaria del Tribunal Supremo